25-cv-3581 MJD/DTS

RECEIVED
SEP 08 2025
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**Civil Cover Sheet (JS-44)**

**Plaintiff:**
Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401
Email: bobhoel@gmail.com

**Defendants:**
Hennepin County; Sheriff Dawanna Witt (official capacity); Sgt. S. Bukkila (Badge #526); Deputy D. Welwolie (Badge #703); Deputy B. Brugger (Badge #246); Deputy Helmandollar (Badge #203); Deputy Dhimbil (Badge #649); Lt. Brandon Butler (Badge #117); John Doe 1 (Hennepin County Security Officer); John Does 2–10.

**I. Basis of Jurisdiction:** ☑ Federal Question (28 U.S.C. § 1331, 42 U.S.C. § 1983)

**II. Citizenship of Principal Parties:** Plaintiff – Minnesota; Defendants – Minnesota

**III. Nature of Suit:** ☑ 440 – Civil Rights: Other (42 U.S.C. § 1983 – First/Fourteenth Amendment claims)

**IV. Origin:** ☑ Original Proceeding

**V. Related Cases:**

- Hoel v. City of Minneapolis et al., No. 0:25-cv-02212 (JRT/EMB) – pending
- Hoel v. Prouse et al., No. 0:25-cv-02342 (ECT/LIB) – pending

**VI. Requested in Complaint:** ☑ Jury Demand: Yes; ☑ Relief: Declaratory, injunctive, compensatory and punitive damages under 42 U.S.C. § 1983

**VII. Cause of Action:** 42 U.S.C. § 1983 – Violation of civil rights under the First, Fourth, and Fourteenth Amendments (retaliation for recording, denial of access to courts, due process).

SCANNED
SEP 09 2025 MB
U.S. DISTRICT COURT DULUTH