25-cv-3581 MJD/DTS

**Application to Proceed in District Court Without Prepaying Fees or Costs (28 U.S.C. § 1915)**

I, Robert Brooks Hoel, declare that I am the plaintiff in this action and request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915.

RECEIVED
SEP 08 2025
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

**1. Personal Information:**

Name: Robert Brooks Hoel
Address: General Delivery, Minneapolis, MN 55401
Email: bobhoel@gmail.com
In propria persona (self-represented).

**2. Employment / Income:**

I am not employed. I have no income other than minimal public support or assistance.

**3. Assets:**

I do not own any real estate, motor vehicles, or valuable property. I do not have checking, savings, or other bank accounts with more than nominal balances.

**4. Monthly Expenses / Debts:**

- Food: approx. $250
- Clothing: approx. $50
- Shelter/incidentals: approx. $300
  I do not have disposable income to pay the $405 civil filing fee.

**5. Other Cases:**

- Hoel v. City of Minneapolis et al., No. 0:25-cv-02212 (JRT/EMB)
- Hoel v. Prouse et al., No. 0:25-cv-02342 (ECT/LIB)
  This case arises separately from those matters.

**6. Certification:**

I have not been declared a vexatious litigant or barred from filing in any federal court.

**Declaration:**

I declare under penalty of perjury that the information above is true and correct.

Date: September 8, 2025
Signature: Robert-Brooks: Hoel
Robert Brooks Hoel

SCANNED
SEP 09 2025 NB
U.S. DISTRICT COURT DULUTH