**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ROBERT BROOKS HOEL,

Case No. 25-cv-03581-MJD-DTS

Plaintiff,

v.

HENNEPIN COUNTY, ET AL,

Defendants.

---

**ORDER OF RECUSAL AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated July 19, 2021, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the appropriate list of the automated assignment system.

DATED: September 10, 2025

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Court