**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert Brooks Hoel, Civil No. 25-3581 (DWF/DTS)

Plaintiff,

v.

Hennepin County, Dawanna Witt, *Sheriff – official capacity,*
S. Bukkila*, Sgt. - Badge #526,*
D. Welwolie*, Deputy – Badge #703,*
B. Brugger, *Deputy – Badge #246,*
Helmandollar, *Deputy – Badge #203,*
Dhimbil, *Deputy – Badge #649,*
Brandon Butler*, Lt. – Badge #117,*
John Doe, 1 *– Court Security Officer,*
John Doe, *2-10,*

Defendants.

**ORDER**

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.

**IT IS HEREBY ORDERED,** that pursuant to this Court's Order for Assignment of Cases dated July 19, 2021, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 11, 2025

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge