**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Hennepin County, et al.,<br><br>Defendants. | Case No. 25-cv-3581 (DWF/DTS)<br><br><br><br>**ORDER** |

---

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff Robert Brooks Hoel's application to proceed *in forma pauperis*, Dkt. No. 2, is **GRANTED**.

2. Hoel must submit a properly completed Marshal Service Form (Form USM-285) for each defendant. If he does not return the forms within 30 days of this Order's date, the Court will recommend dismissing this matter without prejudice for failure to prosecute. The Court will provide Hoel with the Marshal Service Forms.

3. After Hoel returns the completed Marshal Service Forms, the Clerk of Court must seek waiver of service from Defendants Dawanna Witt, S. Bukkila, D. Welwowie, B. Brugger, Helmandollar, Dhimbil, and Brandon Butler (each as sued in his or her individual capacity), consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If a defendant sued in his or her individual capacity fails without good cause to sign and return a waiver within 30 days of the mailing date, the Court will impose on that defendant the expenses later incurred in effecting service of process. Absent a showing of good cause, reimbursement of service costs is mandatory and will be imposed

whenever a defendant does not sign and return a waiver-of-service form. *See* Fed. R. Civ. P. 4(d)(2).

5. The U.S. Marshals Service is directed to effect service of process on Defendant Hennepin County and on Defendants Dawanna Witt, S. Bukkila, D. Welwowie, B. Brugger, Helmandollar, Dhimbil, and Brandon Butler (each as sued in his or her official capacity with Hennepin County), consistent with Rule 4(j) of the Federal Rules of Civil Procedure.

Dated: September 12, 2025

s/ David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge