AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel

Plaintiff(s),

v.

Case No. 0:25−cv−03581−ECT−DTS

Hennepin County, et al.

Defendant(s),

## SUMMONS IN A CIVIL ACTION

To: Hennepin County

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: (Seal: U.S. DISTRICT COURT — DISTRICT OF MINNESOTA) Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: September 12, 2025

Civil Action No. 0:25−cv−03581−ECT−DTS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*______________________________________________
was received by me on *(date)* ___________________.

I personally served the summons on the individual at *(place)*____________________________________
_________________________________ on *(date)* _____________*; or*

I left the summons at the individual's residence or usual place of abode with *(name)* _________________
_______________________________, a person of suitable age and discretion who resides there,
on *(date)*_________________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* _______________________, who is
designated by law to accept service of process on behalf of *(name of organization)*___________________
_________________ on *(date)* ____________; or

I returned the summons unexecuted because _______________________________; or

Other *(specify)*:

My fees are $_______________ for travel and $_______________ for services, for a total of $_______________.

I declare under penalty of perjury that this information is true.

Date: _______________

_______________________________________________
*Server's signature*

_______________________________________________
*Printed name and title*

_______________________________________________
*Server's address*

Additional information regarding attempted service, etc:

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel

Plaintiff(s),

v.

Case No. 0:25−cv−03581−ECT−DTS

Hennepin County, et al.

Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To: Dawanna Witt

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: Kate M. Fogarty

U.S. DISTRICT COURT DISTRICT OF MINNESOTA

Kate M. Fogarty, Clerk of Court

Date of Issuance: September 12, 2025

Civil Action No. 0:25−cv−03581−ECT−DTS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*______________________________________________
was received by me on *(date)* ___________________.

I personally served the summons on the individual at *(place)*____________________________________
_________________________________ on *(date)* ____________*; or*

I left the summons at the individual's residence or usual place of abode with *(name)* _________________
_______________________________, a person of suitable age and discretion who resides there,
on *(date)*_________________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* _______________________, who is
designated by law to accept service of process on behalf of *(name of organization)*___________________
_________________ on *(date)* ____________; or

I returned the summons unexecuted because _______________________________; or

Other *(specify)*:

My fees are $_______________ for travel and $_______________ for services, for a total of $_______________.

I declare under penalty of perjury that this information is true.

Date: _______________

_______________________________________________
*Server's signature*

_______________________________________________
*Printed name and title*

_______________________________________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel

Plaintiff(s),

v.

Case No. 0:25−cv−03581−ECT−DTS

Hennepin County, et al.

Defendant(s),

## SUMMONS IN A CIVIL ACTION

To: S. Bukkila

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By:




Kate M. Fogarty, Clerk of Court

Date of Issuance: September 12, 2025

Civil Action No. 0:25−cv−03581−ECT−DTS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*______________________________________________
was received by me on *(date)* ___________________.

I personally served the summons on the individual at *(place)*____________________________________
_________________________________ on *(date)* _____________*; or*

I left the summons at the individual's residence or usual place of abode with *(name)* _________________
_______________________________, a person of suitable age and discretion who resides there,
on *(date)*_________________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* _______________________, who is
designated by law to accept service of process on behalf of *(name of organization)*___________________
_________________ on *(date)* ____________; or

I returned the summons unexecuted because _______________________________; or

Other *(specify)*:

My fees are $_______________ for travel and $_______________ for services, for a total of $_______________.

I declare under penalty of perjury that this information is true.

Date: _______________

_______________________________________________
*Server's signature*

_______________________________________________
*Printed name and title*

_______________________________________________
*Server's address*

Additional information regarding attempted service, etc:

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel

Plaintiff(s),

v. Case No. 0:25−cv−03581−ECT−DTS

Hennepin County, et al.

Defendant(s),

## SUMMONS IN A CIVIL ACTION

To: D. Welwolie

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By:

Kate M. Fogarty, Clerk of Court

Date of Issuance: September 12, 2025

Civil Action No. 0:25−cv−03581−ECT−DTS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*______________________________________________
was received by me on *(date)* ___________________.

I personally served the summons on the individual at *(place)*____________________________________
_________________________________ on *(date)* ____________*; or*

I left the summons at the individual's residence or usual place of abode with *(name)* _________________
_______________________________, a person of suitable age and discretion who resides there,
on *(date)*_________________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* _______________________, who is
designated by law to accept service of process on behalf of *(name of organization)*___________________
_________________ on *(date)* ____________; or

I returned the summons unexecuted because _______________________________; or

Other *(specify)*:

My fees are $_______________ for travel and $_______________ for services, for a total of $_______________.

I declare under penalty of perjury that this information is true.

Date: _______________

_______________________________________________
*Server's signature*

_______________________________________________
*Printed name and title*

_______________________________________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel

Plaintiff(s),

v.

Case No. 0:25−cv−03581−ECT−DTS

Hennepin County, et al.

Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To: B. Brugger

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: U.S. DISTRICT COURT · DISTRICT OF MINNESOTA Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: September 12, 2025

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:25−cv−03581−ECT−DTS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*_______________________________________________
was received by me on *(date)* ___________________.

I personally served the summons on the individual at *(place)*_____________________________________
_________________________________ on *(date)* _____________*; or*

I left the summons at the individual's residence or usual place of abode with *(name)* _________________
_______________________________, a person of suitable age and discretion who resides there,
on *(date)*_________________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* _______________________, who is
designated by law to accept service of process on behalf of *(name of organization)*___________________
_________________ on *(date)* ____________; or

I returned the summons unexecuted because _______________________________; or

Other *(specify)*:

My fees are $_______________ for travel and $_______________ for services, for a total of $_______________.

I declare under penalty of perjury that this information is true.

Date: _______________

_______________________________________________
*Server's signature*

_______________________________________________
*Printed name and title*

_______________________________________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel

Plaintiff(s),

v.

Case No. 0:25−cv−03581−ECT−DTS

Hennepin County, et al.

Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To: Helmandollar

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: September 12, 2025

Civil Action No. 0:25−cv−03581−ECT−DTS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*_______________________________________________
was received by me on *(date)* ___________________.

I personally served the summons on the individual at *(place)*____________________________________
_________________________________ on *(date)* _____________*; or*

I left the summons at the individual's residence or usual place of abode with *(name)* _________________
_______________________________, a person of suitable age and discretion who resides there,
on *(date)*_________________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* _______________________, who is
designated by law to accept service of process on behalf of *(name of organization)*___________________
_________________ on *(date)* ____________; or

I returned the summons unexecuted because _______________________________; or

Other *(specify)*:

My fees are $_______________ for travel and $_______________ for services, for a total of $_______________.

I declare under penalty of perjury that this information is true.

Date: _______________

_______________________________________________
*Server's signature*

_______________________________________________
*Printed name and title*

_______________________________________________
*Server's address*

Additional information regarding attempted service, etc:

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel

Plaintiff(s),

v. Case No. 0:25−cv−03581−ECT−DTS

Hennepin County, et al.

Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To: Dhimbil

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: U.S. DISTRICT COURT DISTRICT OF MINNESOTA Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: September 12, 2025

Civil Action No. 0:25−cv−03581−ECT−DTS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*____________________________________________
was received by me on *(date)* ___________________.

I personally served the summons on the individual at *(place)*___________________________________
________________________________ on *(date)* ____________*; or*

I left the summons at the individual's residence or usual place of abode with *(name)* ________________
______________________________, a person of suitable age and discretion who resides there,
on *(date)*________________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* _______________________, who is
designated by law to accept service of process on behalf of *(name of organization)*__________________
________________ on *(date)* ___________; or

I returned the summons unexecuted because ______________________________; or

Other *(specify):*

My fees are $______________ for travel and $______________ for services, for a total of $______________.

I declare under penalty of perjury that this information is true.

Date: ______________

_____________________________________________
*Server's signature*

_____________________________________________
*Printed name and title*

_____________________________________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Robert Brooks Hoel

Plaintiff(s),

v. Case No. 0:25−cv−03581−ECT−DTS

Hennepin County, et al.

Defendant(s),

## SUMMONS IN A CIVIL ACTION

To: Brandon Butler

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: U.S. DISTRICT COURT · DISTRICT OF MINNESOTA

Kate M. Fogarty, Clerk of Court

Date of Issuance: September 12, 2025

Civil Action No. 0:25−cv−03581−ECT−DTS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*______________________________________________ was received by me on *(date)* ___________________.

I personally served the summons on the individual at *(place)*____________________________________ _________________________________ on *(date)* _____________*; or*

I left the summons at the individual's residence or usual place of abode with *(name)* _________________ _______________________________, a person of suitable age and discretion who resides there, on *(date)*_________________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)*___________________ _________________ on *(date)* ____________; or

I returned the summons unexecuted because _______________________________; or

Other *(specify)*:

My fees are $_______________ for travel and $_______________ for services, for a total of $_______________.

I declare under penalty of perjury that this information is true.

Date: _______________

_______________________________________________
*Server's signature*

_______________________________________________
*Printed name and title*

_______________________________________________
*Server's address*

Additional information regarding attempted service, etc: