**U.S. Department of Justice**
United States Marshals Service

RECEIVED
SEP 18 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Robert Brooks Hoel | COURT CASE NUMBER<br>25-cv-3581 ECT/DTS |
| DEFENDANT<br>Hennepin County, et al. | TYPE OF PROCESS<br>Service |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hennepin County Administrator

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
A-2303 Government Center, 300 South 6th Street, Minneapolis, MN, 55487

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| U.S. District Court- District of Minnesota<br>Clerk's Office<br>300 South Fourth Street, Suite 202<br>Minneapolis, MN 55415 | Number of process to be served with this Form 285 | 8 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold Fold

EC'D U.S. MARSHAL MPLS
SEP 15 '25 AM 7:57

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Maria Giorgini* | ☒ PLAINTIFF<br>☐ DEFENDANT | 612-664-5000 | 9/12/25 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 8 | No. 41 | No. 41 | [signature] | 9-15-2025 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Antonio Shinaul, customer Service, Hennepin County

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | |
|---|---|---|
| 9-18-2025 | 1305 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy
[signature]

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| Ø | Ø | Ø | Ø | Ø | **$0.00** |

REMARKS:

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

SCANNED
SEP 18 2025 CK
U.S. DISTRICT COURT ST. PAUL

Form USM-285
Rev. 11/13

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

REC'D U.S. MARSHAL MPLS
SEP 15 '25 AM 7:58

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Robert Brooks Hoel

Plaintiff(s),

v. Case No. 0:25–cv–03581–ECT–DTS

Hennepin County, et al.

Defendant(s),

## SUMMONS IN A CIVIL ACTION

To: Hennepin County

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: U.S. DISTRICT COURT — DISTRICT OF MINNESOTA
Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: September 12, 2025

Civil Action No. 0:25-cv-03581-ECT-DTS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Hennepin County
was received by me on *(date)* 9-15-2025.

I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________; *or*

I left the summons at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* Antonio Shinaul, who is designated by law to accept service of process on behalf of *(name of organization)* Hennepin County on *(date)* 9-18-2025; or

I returned the summons unexecuted because ______________________; or

Other *(specify)*:

My fees are $ Ø for travel and $ Ø for services, for a total of $ Ø.

I declare under penalty of perjury that this information is true.

Date: 9-18-2025

[signature]
*Server's signature*

J. Leary / DUSM
*Printed name and title*

300 S. 4TH St. MPLS MN 55415
*Server's address*

Additional information regarding attempted service, etc:

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

EC'D U.S. MARSHAL MPLS
SEP 15 '25 AM 7:59

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Robert Brooks Hoel

Plaintiff(s),

v. Case No. 0:25–cv–03581–ECT–DTS

Hennepin County, et al.

Defendant(s),

## SUMMONS IN A CIVIL ACTION

To: Dawanna Witt

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: U.S. DISTRICT COURT DISTRICT OF MINNESOTA M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: September 12, 2025

[redacted]



Civil Action No. 0:25–cv–03581–ECT–DTS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Dawanna Witt
was received by me on *(date)* 9-15-2025.

I personally served the summons on the individual at *(place)* __________ on *(date)* __________; *or*

I left the summons at the individual's residence or usual place of abode with *(name)* __________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* Antonio Shinaul, who is designated by law to accept service of process on behalf of *(name of organization)* Dawanna Witt on *(date)* 9-18-2025; or

I returned the summons unexecuted because __________; or

Other *(specify)*:

My fees are $ Ø for travel and $ Ø for services, for a total of $ Ø.

I declare under penalty of perjury that this information is true.

Date: 9-18-2025

[signature]
*Server's signature*

J. Larry Busch
*Printed name and title*

300 S. 4th St. MPLS MN 55415
*Server's address*

Additional information regarding attempted service, etc:

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

U.S. MARSHAL MPLS
SEP 15 '25 AM 7:59

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel

Plaintiff(s),

v.

Case No. 0:25–cv–03581–ECT–DTS

Hennepin County, et al.

Defendant(s),

## SUMMONS IN A CIVIL ACTION

To: S. Bukkila

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: September 12, 2025

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:25–cv–03581–ECT–DTS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* S. Bukkila was received by me on *(date)* 9-15-2025.

I personally served the summons on the individual at *(place)* ______ on *(date)* ______; *or*

I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* Antonio Shinaul, who is designated by law to accept service of process on behalf of *(name of organization)* S. Bukkila — on *(date)* 9-18-2025; or

I returned the summons unexecuted because ______; or

Other *(specify)*:

My fees are $ Ø for travel and $ Ø for services, for a total of $ Ø.

I declare under penalty of perjury that this information is true.

Date: 9-18-2025

[signature]
*Server's signature*

J. Lavy DUSM
*Printed name and title*

300 S. 4TH St. MPLS MN 55415
*Server's address*

Additional information regarding attempted service, etc:

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

EC'D U.S. MARSHAL MPLS
SEP 15 '25 AM7:59

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel

Plaintiff(s),

v. Case No. 0:25–cv–03581–ECT–DTS

Hennepin County, et al.

Defendant(s),

## SUMMONS IN A CIVIL ACTION

To: D. Welwolie

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By:




Kate M. Fogarty, Clerk of Court

Date of Issuance: September 12, 2025

[redacted]



Civil Action No. 0:25–cv–03581–ECT–DTS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* D. Welwolie
was received by me on *(date)* 9-15-2025.

I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ____________; *or*

I left the summons at the individual's residence or usual place of abode with *(name)* ____________
______________________, a person of suitable age and discretion who resides there,
on *(date)*____________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* Antonio Shinaul, who is
designated by law to accept service of process on behalf of *(name of organization)* D. Welwolie on *(date)* 9-18-2025; or

I returned the summons unexecuted because ______________________; or

Other *(specify)*:

My fees are $ Ø for travel and $ Ø for services, for a total of $ Ø.

I declare under penalty of perjury that this information is true.

Date: 9-18-2025

[signature]
*Server's signature*

J. Larry DUSM
*Printed name and title*

300 S. 4th St. MPLS MN 55415
*Server's address*

Additional information regarding attempted service, etc:

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

REC'D U.S. MARSHAL MPLS
SEP 15 '25 AM 7:59

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel

Plaintiff(s),

v.

Case No. 0:25–cv–03581–ECT–DTS

Hennepin County, et al.

Defendant(s),

## SUMMONS IN A CIVIL ACTION

To: B. Brugger

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: K. M. Fogarty

U.S. DISTRICT COURT DISTRICT OF MINNESOTA

Kate M. Fogarty, Clerk of Court

Date of Issuance: September 12, 2025

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:25–cv–03581–ECT–DTS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* B. Brugger was received by me on *(date)* 9-15-2025.

☐ I personally served the summons on the individual at *(place)* ______________ on *(date)* ________; *or*

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________, a person of suitable age and discretion who resides there, on *(date)* ________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Antonio Shinaul, who is designated by law to accept service of process on behalf of *(name of organization)* B. Brugger on *(date)* 9-18-2025; or

☐ I returned the summons unexecuted because ______________; or

☐ Other *(specify)*:

My fees are $ Ø for travel and $ Ø for services, for a total of $ Ø.

I declare under penalty of perjury that this information is true.

Date: 9-18-2025

*Server's signature*

J. Larry Busey

*Printed name and title*

300 S. 4th St. MPLS MN 55415

*Server's address*

Additional information regarding attempted service, etc:

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

REC'D U.S. MARSHAL MPLS
SEP 15 '25 AM7:59

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Robert Brooks Hoel

Plaintiff(s),

v.

Case No. 0:25–cv–03581–ECT–DTS

Hennepin County, et al.

Defendant(s),

## SUMMONS IN A CIVIL ACTION

To: Helmandollar

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: U.S. DISTRICT COURT DISTRICT OF MINNESOTA
K. M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: September 12, 2025

[redacted]



Civil Action No. 0:25–cv–03581–ECT–DTS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Helmandollar was received by me on *(date)* 9-15-2025.

I personally served the summons on the individual at *(place)* ______ on *(date)* ______ *; or*

I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* Antonio Shinaul, who is designated by law to accept service of process on behalf of *(name of organization)* Helmandollar on *(date)* 9-18-2025 ; or

I returned the summons unexecuted because ______ ; or

Other *(specify)*:

My fees are $ Ø for travel and $ Ø for services, for a total of $ Ø .

I declare under penalty of perjury that this information is true.

Date: 9-18-2025

[signature]
*Server's signature*

J. Lowry DUSM
*Printed name and title*

300 S. 4th St. MPLS MN 55415
*Server's address*

Additional information regarding attempted service, etc:

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

REC'D U.S. MARSHAL MPLS
SEP 15 '25 AM7:59

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Robert Brooks Hoel

Plaintiff(s),

v.

Case No. 0:25-cv-03581-ECT-DTS

Hennepin County, et al.

Defendant(s),

## SUMMONS IN A CIVIL ACTION

To: Dhimbil

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By:

Kate M. Fogarty, Clerk of Court

Date of Issuance: September 12, 2025

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:25–cv–03581–ECT–DTS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Dhimbil
was received by me on *(date)* 9-15-2025.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______; *or*

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Antonio Shinaul, who is designated by law to accept service of process on behalf of *(name of organization)* Dhimbil — on *(date)* 9-18-2025; or

☐ I returned the summons unexecuted because ______; or

☐ Other *(specify)*:

My fees are $ Ø for travel and $ Ø for services, for a total of $ Ø.

I declare under penalty of perjury that this information is true.

Date: 9-18-2025

*Server's signature*

J. Larry Busch

*Printed name and title*

308 S. 4th St. MPLS MN 55415

*Server's address*

Additional information regarding attempted service, etc:

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

REC'D U.S. MARSHAL MPLS
SEP 15 '25 AM 7:59

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel

Plaintiff(s),

v. Case No. 0:25–cv–03581–ECT–DTS

Hennepin County, et al.

Defendant(s),

## SUMMONS IN A CIVIL ACTION

To: Brandon Butler

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: K. M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: September 12, 2025

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:25–cv–03581–ECT–DTS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Brandon Butler
was received by me on *(date)* 9-15-2025.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______; *or*

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* Antonio Shinaul, who is designated by law to accept service of process on behalf of *(name of organization)* Brandon Butler on *(date)* 9-18-2025; or

☐ I returned the summons unexecuted because ______; or

☐ Other *(specify)*:

My fees are $ Ø for travel and $ Ø for services, for a total of $ Ø.

I declare under penalty of perjury that this information is true.

Date: 9-18-2025

______
*Server's signature*

J. Larry Busch
*Printed name and title*

300 S. 4th St. MPLS MN 55415
*Server's address*

Additional information regarding attempted service, etc: