**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert Brooks Hoel,
Plaintiff,

vs.

Hennepin County, et al.,
Defendants.

Case No. 25-cv-03581 (ECT/DTS)

**DEFENDANTS' NOTICE OF MOTION, AND MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that Defendants move to dismiss all claims against them with prejudice under Federal Rule of Civil Procedure 12. The motion is based on all records and files in this case, including the memorandum of law as well as all related supporting documents to be filed in support of the motion.

Dated October 9, 2025

MARY F. MORIARTY
Hennepin County Attorney

By: /s/*Matthew Messerli*
Matthew L.R. Messerli (0403677)
(612) 348-0727
Matthew.Messerli@hennepin.us
Spencer R. Davis-VanNess (0402894)
Spencer.Davis-VanNess@hennepin.us
Assistant Hennepin County Attorneys
13-A Government Center, MC-137
300 South Sixth Street
Minneapolis, MN, 55487

**Attorneys for Defendants**