**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert Brooks Hoel,

Plaintiff,

v.

Hennepin County, et al.,

Defendants.

Case Number: 25-CV-2212 (JRT/JFD)

**LR 7.1 CERTIFICATE OF COMPLIANCE**

---

I, Matthew Messerli, certify that the:

Memorandum titled: Defendants' Memorandum in Support of Motion to Dismiss complies with Local Rules 7.1(f) and LR 7.1(h).

I further certify that, in preparation of this memorandum, I used Microsoft Word for Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document is typewritten, set in font size 13, and contains 5,484 words.

Dated October 9, 2025

MARY F. MORIARTY
Hennepin County Attorney

By: /s/*Matthew Messerli*
Matthew L.R. Messerli (0403677)
(612) 348-0727
Matthew.Messerli@hennepin.us
Spencer R. Davis-VanNess (0402894)
Spencer.Davis-VanNess@hennepin.us
Assistant Hennepin County Attorneys
13-A Government Center, MC-137
300 South Sixth Street
Minneapolis, MN, 55487

**Attorneys for Defendants**