**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert Brooks Hoel,
Plaintiff,

vs.

Hennepin County, et al.,
Defendants.

Case No. 25-cv-03581 (ECT/DTS)

**DEFENDANTS' MEET AND CONFER STATEMENT ON MOTION TO DISMISS**

---

Pursuant to Local Rule 7.1(a), I, Matthew Messerli, certify that Defendants have been unable to meet and confer with Plaintiff regarding the Defendants' Motion to Dismiss. On October 8, 2025, I e-mailed Plaintiff and advised him that the Defendants planned to file a motion to dismiss his Complaint. I asked for an opportunity to meet and confer regarding the motion, and as of the time of filing I have not received a response.

Dated October 9, 2025

MARY F. MORIARTY
Hennepin County Attorney

By: /s/*Matthew Messerli*
Matthew L.R. Messerli (0403677)
(612) 348-0727
Matthew.Messerli@hennepin.us
Spencer R. Davis-VanNess (0402894)
Spencer.Davis-VanNess@hennepin.us
Assistant Hennepin County Attorneys
13-A Government Center, MC-137
300 South Sixth Street
Minneapolis, MN, 55487

**Attorneys for Defendants**