**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert Brooks Hoel,

Plaintiff,

vs.

Hennepin County, et al.,

Defendants.

Case No. 25-cv-03581 (ECT/DTS)

**FIRST DECLARATION OF MATTHEW L.R. MESSERLI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

---

I, Matthew L. R. Messerli, make this declaration pursuant to 28 U.S.C. § 1746:

1. I am an Assistant Hennepin County Attorney and one of two attorneys representing all known Defendants in the above-captioned matter. I make this declaration of my personal knowledge in that capacity.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a Trespass Notice which, on information and belief, was provided to Plaintiff Robert Hoel on May 29, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed pursuant to Minn. Stat. § 358.116 on today's date June 18, 2025, in the State of Minnesota, County of Hennepin.

MARY F. MORIARTY
Hennepin County Attorney

Dated October 9, 2025

By: /s/*Matthew Messerli*
Matthew L.R. Messerli (0403677)
Assistant Hennepin County Attorney
13-A Government Center, MC-137
300 South Sixth Street
Minneapolis, MN, 55487
(612) 348-0727
Matthew.Messerli@hennepin.us

**Robert Brooks Hoel, v. Hennepin County, et al.**
**25-cv-03581 (ECT/DTS)**

**First Declaration of Matthew Messerli**

**Exhibit 1**

Trespass Notice Directed to “John Doe” and signed “refused” provided to Plaintiff Robert Brooks Hoel on May 29, 2025.

# Hennepin County Security Trespass Notice

| | |
|---|---|
| Case Number | |

| Last Name | First Name | Middle Name | Date of Birth |
|---|---|---|---|
| Doe | John | | |

| Address |
|---|
| |

| City | State | Zip Code |
|---|---|---|
| | | |

| ID Type | Height | Weight | Eye Color | Hair Color |
|---|---|---|---|---|
| | | | | |

| Incident Date | Building Name |
|---|---|
| 5/7 | Government Center |

This is notice that due to your behavior and/or conduct while on these premises, Hennepin County hereby prohibits you from entering the above listed building, parking lot, grounds or other property. Any entry by you hereafter onto such property shall constitute a trespass by you and shall be reported as such to appropriate law enforcement officials, or you will be arrested and delivered to a peace officer. This action is authorized under Minnesota Statutes Section 609.605. A trespass under the statute constitutes a misdemeanor.

This notice will remain in effect for the following number of days:
☐ 1 ☐ 14 ☑ 30 ☐ 90 ☐ 180 ☐ 365

**Summary**

Non-Compliance w/ Staff
Disturbance

**You may enter the premises while this trespass notice is in effect only upon the following condition(s):**

- ☑ Receive county services available only at this location
- ☐ Scheduled appointment
- ☑ When escorted by security staff
- ☑ Check in with security upon arrival in building at location below
- ☑ Other (list other conditions below)

Call SOC 612-348-5111

By signing this trespass notice you are acknowledging you have been issued a copy of this notice and understand the contents. Your signature does not imply that you agree with the circumstances nor does it waive your ability to contest the ban.

| Signature | Date |
|---|---|
| Refused | |

| Issued by (officer name) | Badge #: |
|---|---|
| Lt Barb B... | 417 |

If you wish to contest this notice, send a written response to Hennepin County at:

Hennepin County Government Center
Attention: Security Operations
300 South 6th Street, Minneapolis, MN 55487
Mail Code: 002A
Or email to securityinfo@hennepin.us

White Copy – Subject Yellow Copy – Report Pink Copy – Officer