**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert Brooks Hoel,
Plaintiff,

vs.

Hennepin County, et al.,
Defendants.

Case No. 25-cv-03581 (ECT/DTS)

**DEFENDANTS' NOTICE OF HEARING FOR MOTION TO DISMISS**

TO: Plaintiff Robert Brooks Hoel, General Delivery, Minneapolis MN 55401—served separately via e-service.

**PLEASE TAKE NOTICE** that Defendants' motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure will be heard before the Honorable Eric C. Tostrud U.S. District Judge, on at a date and time to be determined by the Court.

MARY F. MORIARTY
Hennepin County Attorney

Dated October 9, 2025

By: /s/*Matthew Messerli*
Matthew L.R. Messerli (0403677)
(612) 348-0727
Matthew.Messerli@hennepin.us
Spencer R. Davis-VanNess (0402894)
Spencer.Davis-VanNess@hennepin.us
Assistant Hennepin County Attorneys
13-A Government Center, MC-137
300 South Sixth Street
Minneapolis, MN, 55487

**Attorneys for Defendants**