**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert Brooks Hoel,

Plaintiff,

vs.

Hennepin County, et al.,

Defendants.

Case No. 25-cv-03581 (ECT/DTS)

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

The above-entitled matter came before the Court pursuant to Defendants' motion to dismiss.

Based upon all the files, records, and proceedings herein, as well as the arguments of the parties, the Court hereby Orders:

**ORDER**

1. Plaintiff Robert Brooks Hoel's claims against each and every Defendant in this case are dismissed in full, with prejudice.

**Let judgment be entered accordingly.**

Dated: ________

By: ________________________________
Hon. Eric C. Tostrud
U.S. District Judge