**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

Robert Brooks Hoel ,

Plaintiff,

v.

Hennepin County, et al.,

Defendants,

Case No. 25-cv-03581 (ECT/DTS)

## LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE

I, Robert Brooks Hoel, certify that the foregoing document titled: Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss complies with the word count limitations of Local Rule 7.1(f).

I further certify that the document contains 1,686 words, including all text, headings, and footnotes, and excluding the caption, signature block, and this certificate.

This count was obtained using the Microsoft Word word-count function.

Dated: October 21, 2025

Respectfully submitted,

/s/ Robert Brooks Hoel

Robert Brooks Hoel