**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert Brooks Hoel , Case No. 25-cv-03581 (ECT/DTS)

Plaintiff,

v.

Hennepin County, et al.,

Defendants,

---

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF PUBLIC DOCUMENT**

Plaintiff, in propria persona, respectfully requests that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following official public document:

> Exhibit A: "Memorandum of Understanding Governing the Usage of Cameras and Recording Devices in Fourth District Court Facilities," jointly issued by the Fourth Judicial District of Minnesota and Hennepin County Administration.

This Memorandum of Understanding ("MOU") is an official judicial-administrative record, publicly available through the Fourth Judicial District and Hennepin County websites. The MOU sets forth the specific floors and facilities where recording devices are restricted. It confirms that the public security lobby and pre-screening areas of the Hennepin County Government Center are not listed among the prohibited zones. The Fourth Judicial District's official website lists this document under 'Standing Orders & Policies' as 'MOU re: Cameras in Hennepin County District Court (2-6-18)', confirming it as an official public record.

Because the MOU's authenticity and accuracy cannot reasonably be questioned, Plaintiff requests that the Court take judicial notice of its existence and contents for the limited purpose

of evaluating the policies referenced in Plaintiff's Complaint and Opposition to Defendants' Motion to Dismiss.

Dated: October ,21 2025

Respectfully submitted,

/s/ Robert Brooks Hoel

Robert Brooks Hoel

General Delivery

Minneapolis, MN 55401

In Propria Persona

Exhibit A – Memorandum of Understanding re Cameras (February 6, 2018)