# MEMORANDUM OF UNDERSTANDING

## Governing the Usage of Cameras and Recording Devices in Fourth District Court Facilities

**Purpose**
The State of Minnesota Supreme Court's Rule 4 of the General Rules of Practice for the District Courts provides that no pictures or voice recordings, except the recording made as the official court record or as expressly provided by the Fourth District Court, shall be taken in any courtroom or area of a courthouse where courtrooms are located. This memorandum of understanding has been developed between the Fourth District Court and Hennepin County Administration to set forth procedures and define affected areas to ensure that this rule is enforced in Hennepin County buildings where the Fourth District, Hennepin County Courts, operates-while at the same time assuring general public access to county facilities.

**Fourth District Court Facilities**
The Fourth District Court operates in the following Hennepin County facilities. It is in these areas that cameras and recording equipment are prohibited except as set forth at the end of this memorandum.

1. Hennepin County Government Center
   a. Court Tower: Floors 3 through 19, Floor 24 (Jury Assembly Room, Jury Office, Scheduling, Interpreter Office);
   b. Floor 20 when the Grand Jury is in session;
   c. Administration Tower: Floor 7 (Examiner of Titles), Floor 17 (IT);
   d. Skyway Level: Hearing Office, Violations Bureau, Self Help Center; and
   e. B Level: B Vault

2. Hennepin County Public Safety Facility
   a. Floor 1: Courtrooms and waiting area immediately adjacent to the courtrooms

3. Hennepin County Juvenile Justice Center
   a. Entire building

4. Hennepin County Family Justice Center
   a. Floor 1
   b. Floor 4
   c. Floor 5
   d. Floor 6
   e. Basement

5. Hennepin County Brookdale Regional Center and Library
   a. Floor 1: District Court courtrooms, chambers, District Court administration area and waiting areas immediately adjacent to the courtrooms.

6. Hennepin County Southdale Regional Center and Library

a. Floor 2: District Court courtrooms, chambers, District Court administration areas and waiting areas immediately adjacent to the courtrooms.

7. Hennepin County Ridgedale Regional Center and Library
   a. Floor 3: District Court courtrooms, chambers, District Court administration areas and waiting areas immediately adjacent to the courtrooms.

8. City Hall
   a. Floor 3 - Conciliation Court courtrooms, chambers, conference rooms, District Court administration areas and waiting areas immediately adjacent to the courtrooms.

**Enforcement**
The objective of this Memorandum of Understanding is to allow public access to county facilities but ensure the privacy and protection of those accessing the court as well as District Court staff.

Media requests to film and/or record county activities will be managed by the Hennepin County Director of Public Affairs, or her designee. Hennepin County Public Affairs staff will work closely with the Hennepin County Department of Property Services and the Hennepin County Sheriff's Office to allow appropriate media access consistent with the Supreme Court rules and applicable law.

Media requests to film and/or record court proceedings will be managed by the Fourth District Court Administrator, or his/her designee. The Fourth District Court will work closely with the Hennepin County Public Affairs Office, the Hennepin County Department of Property Services and the Hennepin County Sheriff's Office to allow appropriate media access consistent with the Supreme Court rules and applicable law.

The Hennepin County Sheriff's Office, Court Security Division, provides security to the Fourth District Court, including:

- Providing personal protection to judicial officers, court officials, witnesses, jurors, defendants, the general public and others while they are engaged in the judicial process; and
- Maintaining decorum within each courtroom to ensure safe, peaceful and effective operation of the Court, consistent with Minn. Stat. §387.03 and §488A.06 and each judge's corresponding obligations under Rule 2.8(A) and (B) of the Code of Judicial Conduct and Rule 2.02(e) of the Minnesota General Rules of Practice.

The Hennepin County Sheriff's Office is responsible for monitoring and enforcing these procedures in the District Court areas defined above.

Hennepin County Property Services Department, Security Division, provides routine and emergency building security services. Signs will be posted at appropriate entrances and/or at the weapons screening stations notifying individuals that cameras and recording devices cannot be

used in the specified District Court areas. Security officers can clarify these rules but they will not confiscate cameras or recording devices.

**Hours and Exceptions**

These procedures limiting camera and recording usage apply during regular Court hours.

Exceptions to these limitations include:

- Wedding, adoption, citizenship or other ceremonies within the courtroom or chambers of a Fourth District Court Judge, upon his or her approval.
- Filming as mutually approved by the Hennepin County Director of Public Affairs and the Fourth Judicial District Court Administrator or as permitted by Minnesota General Rules of Practice 4.

Either party may terminate this Memorandum of Understanding with or without cause upon ninety (90) days advance written notice.

Dated February 6, 2018

Bernhardson, Ivy
2018.02.06
11:28:54 -06'00'

Ivy S. Bernhardson
Chief Judge
Fourth Judicial District

David J. Hough
County Administrator
Hennepin County

Erin Delaney
Administrative Manager
Municipal Building Commission

Date: 02-06-2018

Reviewed by the County Attorney's Office

Daniel Rogan

Date: Feb. 6, 2018