**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert Brooks Hoel ,
Plaintiff,

Case No. 25-cv-03581 (ECT/DTS)

v.

Hennepin County, et al.,
Defendants,

---

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

The above-entitled matter came before the Court on Defendants' Motion to Dismiss (Docs. 12-16). Plaintiff Robert Brooks Hoel appeared in propria persona. Defendants appeared through counsel Matthew L. R. Messerli of the Hennepin County Attorney's Office.

Having considered the pleadings, record, and submissions of the parties, and based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is DENIED in its entirety.

SO ORDERED.

Dated: _______________ , 2025

_____________________________________

Eric C. Tostrud

United States District Judge