**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert Brooks Hoel,
Plaintiff,

vs.

Hennepin County, et al.,
Defendants.

Case No. 25-cv-03581 (ECT/DTS)

**L.R. 7.1 CERTIFICATE OF COMPLIANCE**

---

I, Matthew Messerli, certify that the Memorandum titled: Defendants' Reply Memorandum of Law in Support of Motion to Dismiss complies with Local Rules 7.1(f) and LR 7.1(h).

I further certify that, in preparation of this memorandum, I used Microsoft Word for Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document is typewritten, set in font size 13, and contains 1,812 words.

MARY F. MORIARTY
Hennepin County Attorney

Dated November 4, 2025

By: /s/ *Matthew Messerli*
Matthew L.R. Messerli (0403677)
(612) 348-0727
Matthew.Messerli@hennepin.us
Spencer R. Davis-VanNess (0402894)
Spencer.Davis-VanNess@hennepin.us
Assistant Hennepin County Attorneys
13-A Government Center, MC-137
300 South Sixth Street
Minneapolis, MN, 55487

**Attorneys for Defendants**