# UNITED STATES DISTRICT COURT

## District of Minnesota

Robert Brooks Hoel

Plaintiff(s),

v.

Hennepin County, Dawanna Witt, S. Bukkila, D. Welwolie, B. Brugger, Helmandollar, Dhimbil, Brandon Butler, John Doe, John Does

Defendant(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 25-cv-03581-ECT-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion to Dismiss [ECF No. 12] is **GRANTED**.
2. The Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

Date: 2/10/2026

KATE M. FOGARTY, CLERK